Joseph Fox v. The City of New York.— Preference granted for the 12th day of January, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York ex rel. Mexican Telegraph Company v. State Tax Commission, Defendant, Respondent, and The City of New York, Intervenor, Respondent.— Preference granted for the 11th day of January, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of August Dooper, Deceased.— Preference granted for the 11th day of January, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. John Visarities.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Transfer Tax upon the Estate of Elizabeth C. Putnam, Deceased.— Preference granted for January 20, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frank Hodapp, Respondent, v. Hiram B. Hopkins, Appellant.— Order so far as appealed from modified by reducing the amount of attachment to the sum of $4,126.83, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Elbert H. Gary, Respondent, v. James A. Webb and Others, Defendants, Impleaded with Lou H. Thorn and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Silas M. Newton, Appellant, v. Trust Company of North America, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Vincent P. Redden, Appellant, etc., against Patrick J. Reville, as Superintendent of Buildings of the Borough of Bronx, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of John T. Brady & Company, Appellant, etc., against Charles W. Berry, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

In the Matter of the Application of Walter H. Taverner Corporation, Appellant, etc., against Charles W. Berry, as Comptroller of the City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

In the Matter of the Application of Peter J. Brennan and Another, Copartners, etc., Appellants, etc., against The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

James Thomas, Respondent, v. T. Hogan & Sons, Inc., Appellant.— Order